AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1703(b) - Delay or Destruction of Mail or Newspapers

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term 1 Year
Maximum Fine $100,000
Maximum Supervised Release 1 Year
Mandatory Special Assessment $25

**DEFENDANT - U.S.**
▶ GREGORY MAYER

**DISTRICT COURT NUMBER**
CR 07 0490

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
United States Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )   CR 07 0490   MAG
                                    )
       Plaintiff,                   )   VIOLATIONS: Title 18, United States
                                    )   Code, Section 1703(b) – Delay or
       v.                           )   Destruction of Mail or Newspapers
                                    )   (Class A Misdemeanor)
GREGORY MAYER,                      )
                                    )
       Defendant.                   )   SAN FRANCISCO VENUE
                                    )
_____)

INFORMATION

The United States Attorney charges:

On or about January 18, 2007, in the Northern District of California, the defendant,

GREGORY MAYER,

without authority, opened and destroyed any mail or package of newspapers not directed to him,

//
//
//
//
//
//

INFORMATION

in violation of Title 18, United States Code, Section 1703(b), a Class A Misdemeanor.

DATED: 7/23/07

SCOTT N. SCHOOLS
United States Attorney

GREG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION