SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0490 MAG |
|     Plaintiff, | |
| v. | **MOTION FOR SUMMONS** |
| GREGORY MAYER, | |
|     Defendant. | |

    Based on the facts set forth in the Declaration of Crystal J. Tindell in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a Summons for defendant Gregory Mayer, 1011 Second Street Annex, Lakeport, CA, 95453.  The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: August 3, 2007              /s/
                                                WENDY THOMAS
                                                Special Assistant United States Attorney