1 | SCOTT N. SCHOOLS (SCBN 9990)
2 | United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0490 MAG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| | ) | |
| GREGORY MAYER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the Declaration of Crystal J. Tindell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Gregory Mayer, 1011 Second Street Annex, Lakeport, CA, 95453, to appear on August 21 at 9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

_____
JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0490 MAG