01/23/2008 03:30 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

Case No. DCAN307CR000490   US V MAYER

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GREGORY MAYER | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611014752 | 1 | PR | 25.00 | 01/18/2008 |

Division Payment Total   25.00

Grand Total   25.00

$25.00 SPECIAL ASSESSMENT PAID IN FULL
GM 1-18-08

Page 1 of 1