JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07 0490 JCS |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER CONTINUING STATUS CONFERENCE** |
| | ) | |
| GREGORY MAYER, | ) | |
|     Defendant. | ) | |
| | ) | |

    Upon agreement from the parties, the status conference currently set for December 5, 2008, shall be vacated and continued to January 9, 2009, at 10:30 a.m. The reason for the continuance is the Assistant Director of Bonita House, where the defendant is currently engaged in treatment, believes that the defendant attending the December 5 status conference may prove

//

//

//

//

**ORDER CONTINUING
STATUS CONFERENCE CR 07 0490 JCS**

disruptive to defendant's treatment. Neither counsel nor United States Probation opposes this continuance.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11/05/08

/s/
WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/3/08

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

**ORDER CONTINUING
STATUS CONFERENCE CR 07 0490 JCS** 2